### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02986-REB

JOSEPH GABRIEL SANCHEZ,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

### FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the **Order Reversing Disability Decision and Remanding to Commissioner** [#13] entered by Judge Robert E. Blackburn on March 25, 2016, it is

ORDERED that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **REVERSED**; it is

FURTHER ORDERED this case is remanded to the ALJ, who is directed to:

- Reconsider her determination at step three of the sequential evaluation as to whether any alleged impairment meets or equals a listed impairment

- Recontact any treating or examining physicians for further clarification of their findings, seek the testimony of medical experts, order further consultative examinations, or otherwise further develop the record as she deems necessary;

- Reevaluate plaintiff's residual functional capacity;

- If necessary, reassess her determination at step five of the sequential evaluation; and

- Reassess the disability determination; and it is

FURTHER ORDERED that plaintiff is awarded his costs, to be taxed by the clerk of the court in the time and manner provided by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1).

DATED at Denver, Colorado, this 25th day of March, 2016.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ Kathleen Finney
      Kathleen Finney
      Deputy Clerk